IN THE UNITED STATES DISTRICT COURT FOR
THE NORTH DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| CLARA BALL-WALLACE | ) | Civil Case No: 1:25-cv-09445 |
| Plaintiff, | ) | Demand Jury Trial |
| V | ) | |
| ATTORNEY DANIEL K. RYAN | ) | |
| MARISSA N. PINTO | | |
| | ) | |
| FOR | ) | |
| ESTES EXPRESS LINES AND | ) | |
| NEW YORK LIFE SOULATION | ) | |
| Defendants | | |

FILED
DEC 19 2025 BT
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Judge Edmond E. Chans
Magistrate Judge Jeffrey T. Gilbert

**NOTICE OF MOTION**

To: [Defendant's Attorney

Daniel K. Ryan
Marissa N. Pinto
Hinshaw and Culbertson LLP
151 North Franklin Street Ste 2500
Chicago, Ill  60606
dryan@hinshawlaw.com
mpinto@hinshawlaw.com

Jasmine E. Wallace
2674 Meadowdale Ln
Woodridge  ILL 605173
ericawallace34@gmail.com

1

# PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff, Clara Ball Wallace, appearing as **pro se**, respectfully moves this Court for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12 (c ) Defendant's failure to properly deny material allegations, failed to plead affirmative defenses as required by Rule 8 (c) and failed to establish any lawful entitlement to the death benefit at issue.

This Motion is made pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and in support thereof, Plaintiff states as follows:

## I. PROCEDURAL BACKGROUND

Pro Se file a complaint August 18, 2025, under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. 1001 et seq., pursuant 29 U.S.C. 1132 (a) ( 1) ( B) to enforce benefits as the lawful surviving spouse of the decedent, Gregory [Wallace], and to challenge the improper designation of another individual as beneficiary based on a forged or invalid form.

Plaintiff seeks declaratory and injunctive relief, enforcement of plan rights, and reformation of beneficiary designation under ERISA 502 (a) (1)(B) and 502 (a)(3).

Plaintiff, Filing a Civil complaint under ERISA 502 (a) (1) (B) for wrongful beneficiary designation or misdirection of benefits.

Temporary Injunction, Restraining Order, Wrongful Beneficiary Designation, Fraud, forgery, improper beneficiary change, fiduciary duty, failed to provide copies of plan documents, beneficiary form and written request within 30 days.

Decedent (Gregory Wallace) made a clear, unequivocal request to change his beneficiary to his spouse, evidenced by a certified letter dated November 9, 2022. This action constituted substantial compliance with the plan requirements, and the employer's failure to process the change before his death should not defeat his intent.

## II. DEFENDANTS FAILED TO DENY MATERIAL ALLEGATIONS

2

Under Rule 8(b), a defendant must admit, deny, or state lack of knowledge as to each allegation.

The Complaint specifically alleges that:

- Defendant is not the lawful beneficiary, or
- Defendant has failed to establish beneficiary status, and
- Defendant filed an Answer December 12, 2025
- Defendant failed to properly respond to each number allegation in the complaint
- Defendant failed to deny material facts as required by Rule 8(b)
- Any allegation not denied is deemed admitted as a matter of law

## III. DEFENDANT FAILED TO PRODUCE EVIDENCE OF BENEFICIARY STATUS

Defendant asserts entitlement to a death benefit but failed to attach, reference, or identify:

- A beneficiary designation,
- Policy, plan document, will, or trust,
- A court order or probate determination,
- Or any other evidence establishing legal beneficiary status.
- A parting claiming entitlement to benefits bears the burden of showing legal. standing and proof of beneficiary designation.
- Defendant's failure to present or even allege such proof renders her claim legally insufficient

## IV. DEFENDANT'S ANSWER IS LEGALLY DEFECTIVE

Defendant's Answer:

- Is evasive and non-responsive.
- Fails to address each count of the Complaint
- Raises no valid affirmative defenses supported by facts
- Conceals or omits a material fact concerning the death benefit

## V. PLAINTIFF IS ENTITLED TO JUDGMENT AS A MATTER OF LAW

Because Defendant:

- Failed to deny material allegations.
- Failed to establish beneficiary status,
- Failed to provide evidence of entitlement.
- Fails to address each count of the Complaint

## VI. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Grant Judgment on the Pleadings in favor of Plaintiff;
B. Find that Defendant has no lawful entitlement to the death benefit;
C. Order appropriate relief, including return of improperly received benefits (if applicable);
D. Grant any further relief the Court deems just and proper.
E. Asking the court to Award the dollars amount of $287,904.50 to the plaintiff CBW

Respectfully submitted,

Signature _/s/ Clara Ball-Wallace_  Date: December 19, 2025

Clara Ball-Wallace
Pro Se
427 22nd Ave
Bellwood, IL 60104
815-307-9017
mytwoson@yahoo.com

CERTIFICATE OF SERVICE

I certify that on ___December 19, 2025___, I served this Notice on all parties through

The U.S. Mail.

        Attorney Daniel K. Ryan
        Attorney Marissa N. Pinto
        Hinshaw and Culbertson LLP
        151 North Franklin Street Ste 2500
        Chicago, Ill 60606
        dryan@hinshawlaw.com
        mpinto@hinshawlaw.com

4

Jasmine E. Wallace
2674 Meadowdale Ln
Woodridge ILL 60517
ericawallace34@gmail.com

Signature _____
Clara Ball-Wallace,
Pro Se